3:08-cv-00444-MJJ

United States District Court
Northern District of California

Jonathan Lee Riches©,
Plaintiff

v.

Molly Sims,
Lauren Conrad,
Defendant's

Civil No:

### complaint

42 USC 1983. Defendants are making my life crazy. Defendants told the prison to pay me only .12¢ a month in pay. I can't buy anything + this is unconstitutional. I seek $68 million.

Respectfully Submitted
Jonathan Lee Riches©